Case 10-94436    Doc 26    Page 1 of 3

FILED
February 02, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003255005

EDDIE R. JIMENEZ (CA SBN 231239)
PARADA KOVADI (CA SBN 272724)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for   WELLS FARGO BANK, NA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - MODESTO DIVISION

| | |
|---|---|
| In re<br><br>KENNETH GARY SALVI, JR. AND ERICA ANNE FOGGIATO SALVI,<br><br>Debtor(s). | Case No. 10-94436<br><br>Chapter 7<br><br>D.C. No. PD-1<br><br>DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br>(11 U.S.C. § 362 and Bankruptcy Rule 4001) |
| WELLS FARGO BANK, NA,<br><br>Movant,<br><br>vs.<br><br>KENNETH GARY SALVI, JR. AND ERICA ANNE FOGGIATO SALVI, Debtor(s); MICHAEL D. MCGRANAHAN, Chapter 7 Trustee,<br><br>Respondents. | LBR 4001-1 and 9014-1(f)(2)<br><br>DATE:    February 23, 2011<br>TIME:    10:00 a.m.<br>DEPT:    E<br><br>1200 I Street, Suite 4<br>Modesto, CA 95354 |

I, Teresa Diaz-Cochran, declare:

1)    I am employed as a VP Loan Documentation by Wells Fargo Home Mortgage, a division of Wells Fargo Bank, NA ("Movant").  I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the real property that is the subject of this Motion.

2)    I am familiar with the manner and procedures by which Movant's business records are obtained, prepared, and maintained. Those records are obtained, prepared, and maintained by

- 1 -

1  Movant's employees or agents in the performance of their regular business duties at or near the time,
2  and conditions, and/or events recorded thereon. The records are made either by persons with
3  knowledge of the matters they record or from information obtained by persons with such knowledge.
4  I have knowledge and/or access to Movant's business records regarding the Note and Deed of Trust
5  that are the subject of this action and have personally reviewed these business records prior to
6  executing this declaration.

7         3)      On or about January 11, 2005, Debtors, for valuable consideration, made, executed
8  and delivered to San Diego Cornerstone Mortgage ("Lender") a Note in the principal sum of
9  $359,650.00 (the "Note"). Pursuant to the Note, Debtors are obligated to make monthly principal
10 and interest payments commencing March 1, 2005, and continuing until February 1, 2035, when all
11 outstanding amounts are due and payable. A copy of the Note is attached to the concurrently served
12 and filed Exhibits to the Declaration in Support of Motion for Relief From Automatic Stay
13 ("Exhibits") as exhibit A and incorporated herein by reference.

14        4)      Movant qualifies as the Note holder with standing to prosecute the instant Motion as
15 Lender indorsed the Note in blank, thereby converting the Note to a bearer instrument and Movant is
16 currently entitled to possession of the indorsed in blank Note.

17        5)      On or about January 11, 2005, Debtors made, executed and delivered to Lender a
18 Deed of Trust (the "Deed of Trust") granting Lender a security interest in the certain real property
19 located at 290 Blair Mine Road, Angels Camp, California 95222 ("Real Property"), which is more
20 fully described in the Deed of Trust. The Deed of Trust provides that attorneys' fees and costs
21 incurred as a result of the Debtors' bankruptcy case may be included in the outstanding balance
22 under the Note. The Deed of Trust was recorded on February 8, 2005, in the Official Records of
23 Calaveras County, State of California. A copy of the Deed of Trust is attached to the Exhibits as
24 exhibit B and incorporated herein by reference.

25        6)      Subsequently, Lender's beneficial interest in the Deed of Trust was assigned and
26 transferred to Movant. A copy of the Corporation Assignment of Deed of Trust evidencing the
27 Assignment of the Deed of Trust to Movant is attached to the Exhibits as exhibit C and incorporated
28 /././

1 | herein by reference.

2 |     7)      The obligation under the Note is in default as of May 1, 2010, for failure to make
3 | payments to Movant. As of January 11, 2011, the total obligation due and owing under the Note is in
4 | the approximate amount of $368,276.22, representing the principal balance of $358,017.99, interest
5 | in the sum of $9,045.45, accumulated late charges in the amount of $525.66, recoverable balance in
6 | the amount of $672.12, and other fees of $15.00. This is an approximate amount for purposes of this
7 | Motion only, and should not be relied upon as such to pay off the subject loan as interest and
8 | additional advances may come due subsequent to the filing of the Motion. An exact payoff amount
9 | can be obtained by contacting Movant's counsel. Further, Movant has incurred additional post-
10 | petition attorneys' fees and costs in bringing the instant Motion. Moreover, the total arrears under the
11 | Note are in the approximate sum of $16,311.18, excluding the post-petition attorneys' fees and costs
12 | incurred in filing the instant Motion.

13 |     8)      As a result of the default under the Note, a Notice of Default was recorded on
14 | September 13, 2010.

15 |     9)      I am informed and believe that, based on the Debtors' bankruptcy Schedules and
16 | Statements, the fair market value of the Property is approximately $350,000.00. True and correct
17 | copies of the Debtors' bankruptcy Schedules "A" and "D" are collectively attached to the Exhibits as
18 | exhibit D and incorporated herein by reference.

19 |     10)      Based on the above, Movant maintains that the equity in the Property is as follows:

| | |
|---|---|
| Fair Market Value: | $350,000.00 |
| Less: | |
| Movant's Trust Deed | $368,276.22 |
| Technology Credit Union - 2nd Deed of Trust | $92,823.48 |
| Calaveras County - Tax Lien | $8,318.77 |
| Costs of Sale (8%) | $28,000.00 |
| Equity in the Property: | $<147,418.47> |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this __31__ day of _____, 2011, at __Ft Mill, SC__ (city, state).

Teresa Diaz-Cochran
VP Loan Documentation    10-94436

000014-1220173034-M

- 3 -